FILED
MAY 01 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

APR 2 7 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

(HONORABLE BERNARD G. SKOMAL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 14CR2936-BEN |
| Plaintiff, | ) | |
| v. | ) | Order re conditions of release |
| RICHARD MEDINA, JR. (1), | ) | |
| Defendant. | ) | |

It is ordered that Medina may travel in the United States for purposes of business at the discretion of Pretrial Services.

Dated: April 27, 2015

_____
Bernard G. Skomal
United States Magistrate Judge

14cr2539-BEN-BGS

76