MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs RICHARD MEDINA JR., ET AL (DEFTS 1-3)            No.  14CR2936-BEN

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __05-04-2015__ and ended on __08-31-2015__.

| 3161(h) | | |
|---|---|---|
| ___(1)(A) | Exam or hrg for **mental or physical incapacity** | A |
| ___(1)(B) | State or Federal trials or **other charges pending** | C |
| ___(1)(C) | **Interlocutory appeals** | D |
| ___(1)(D) | **Pretrial motions** (from flg to hrg or other prompt dispo) | E |
| ___(1)(E) | **Transfers from other district** (per FRCrP 20, 21 & 40) | F |
| ___(1)(H) | **Proceedings under advisement** not to exceed thirty days | G |
| ___ | Misc proc: Parole or prob rev, deportation, **extradition** | H |
| ___(1)(F) | **Transportation** from another district or to/from examination or hospitalization in ten days or less | J |
| ___(1)(G) | Consideration by Court of **proposed plea agreement** | K |
| ___(2) | **Prosecution deferred** by mutual agreement | I |
| ___(3)(A)&(B) | **Unavailability of defendant** or **essential witness** | M |
| ___(4) | Period of **mental or physical incompetence** of defendant to stand trial | N |
| ___(5) | **Superseding indictment and/or new charges** | P |
| ___(6) | **Defendant awaiting trial of co-defendant** when no severance has been granted | R |
| ___(7)(A)&(B) | **Continuance**s granted per (h)(7)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| _X_(7)(B)(i) | 1) Failure to **continue** would stop further proceedings or result in **miscarriage of justice** | (T1) |
| ___(7)(B)(ii) | 2) **Case** unusual or **complex** | T2 |
| ___(7)(B)(iii) | 3) **Indictment** following arrest **cannot be filed** in thirty (30) days | T3 |
| ___(7)(B)(iv) | 4) **Continuance** granted in order to obtain or **substitute counsel**, or give reasonable time to prepare | T4 |
| ___3161(8)(i) | Time up to **withdrawal of guilty plea** | U |
| ___18:3161(b) | **Grand jury indictment time extended** thirty (30) more days | W |

Date _5/20/15_                                    _____
                                                   Judge's Initials